

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re

JASON GOBELI

PATRICIA G. GOBELI

_____ Debtor(s). ___

Case No.

08- 13490 -B-7

F I L E D

08 JUN 20 PM 2:01

CLERK, U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
FRESNO, CA.

## VERIFICATION OF MASTER ADDRESS LIST

    I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[   ]    on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[X]   typed in scannable format on paper, consisting of ___9___ pages and listing a total of __80__ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

**OR**

[   ]    electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of _____ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

    I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

    I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: ___6\20\8_____

DATED: ___6/20/08_____

_____
Debtor's Signature

_____
Joint Debtor's (if any) Signature

EDC 2-100   (Rev. 10/2007)

Allegany County Tax and Utilities
701 Kelly Rd.
Cumberland, MD 21502-3401

Allstate
PO Box 3589
Akron, OH 44309-3589

American Express
Box 0001
Los Angeles, CA 90096-0001

Apex Financial Hilco Receivables
PO Box 2219
Northbrook, IL 60065-2219

ARCO Gaspro Plus
PO Box 9033
Carlsbad, CA 92018

ASC
PO Box 60768
Los Angeles, CA 90060-0768

ASC Wells Fargo Bank
3476 Stateview Blvd.
Fort Mill, SC 29715

Berlin Wheeler
PO Box 479
Topeka, KS 66601-0479

Bounassissi, Henning & Lash (HSBC Bank USA)
1861 Wiehle Ave #300
Reston, VA 20190

Bright Now Finance
Dept. 6757
Los Angeles, CA 90084-6757

Bureau of Collection Recovery
7575 Corporate Way
Eden Prairie, MN 55344

Capital One
PO Box 60024
City of Industry, CA 91716-0024

Carey Walker
201 Massachusetts Ave.
Cumberland, MD 21502

Chase Cardmember Service
PO Box 94014
Palatine, IL 60094-4014

Chase Home Finance LLC
3415 Vision Drive
Columbus, OH 43219-6009

Citibank (Citi-Cards)
PO Box 6940
The Lakes, NV 88901-6940

CitiMortgage
PO Box 6006
The Lakes, NV 888901-6006

City of Cumberland
PO Box 1702
Cumberland, MD 21051-1702

City of Cumberland
57 N. Liberty St.
Cumberland, MD 21502-2331

City of Fresno
2600 Fresno St.
Fresno, CA 93721-3609

City of Kingsburg
1401 Draper
Kingsburg, CA 93631

City of Windsor Utilities Dept.
110 W. Benton St.
Windsor, MO 65360

Continental Commercial Group
317 S Brand Blvd.
Glendale, CA 91204-1701

County of Fresno Hall of Records
2281 Tulare St. #101
Fresno, CA 93721

Countrywide Home Loans
400 Countrywide Way
Simi Valley, CA 93065-6298

Credit World Services, Inc.
6000 Martway St.
Shawnee Mission, KS 66202-3339

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201

Discover Card
PO Box 30395
Salt Lake City, UT 84130-0395

Edison Mays
133 W Kaviland
Fresno, CA 93706

Encore Receivables
PO Box 3330
Olathe, KS 66063-3330

EMC Payment Processing
PO Box 660530
Dallas, TX 75266-0530

Eugene Burger Management Corp.
PO Box 751330
Las Vegas, NV 89136-1330

Financial Credit Network
PO Box 3084
Visalia, CA 93278

Focus Receivables Management
PO Box 725069
Atlanta, GA 31139-2069

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531

Fresno Bee
1626 E St.
Fresno, CA 93786

Fresno County
PO Box 1192
Fresno, CA 93715-1192

Geico
One Geico Plaza
Bethesda, MD 20811-0001

Gloria Cox
4705 Tilyard Ct.
Bakersfield, CA 93311

GMAC
100 Virginia Drive
Fort Washington, PA 19034

GMAC
PO Box 79135
Phoenix, AZ 85062-9135

GMAC Mortgage
PO Box 780
Waterloo, IA 50704

Henry County
100 W Franklin
Clinton, MO 64735-2080

Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901-6029

HSBC Business Solutions - CompUSA
PO Box 5219
Carol Stream, IL 60197-5219

HSBC Card Services
PO Box 60102
City of Industry, CA 91716-0102

HSBC Mortgage Services
217 Gordon PO Box 60139
City of Industry, CA 91716

Hunt & Henriques - Attorneys at Law
151 Bernal Rd. #8
San Jose, CA 95119-1306

IC System Inc
444 Hwy 96 East, PO Box 64887
St Paul. MN 55164-0886

IndyMac Bank
PO Box 78826
Phoenix, AZ 85062-8826

Jaime's Flooring Center
1402 N Blackstone
Fresno, CA 93703

Juniper Card Services
PO Box 13337
Philadelphia, PA 19101-3337

Kalifornia Kiosk
Po Box 27255
Fresno, CA 93729-7255

Kingsburg Medical Center
1200 Smith St.
Kingsburg, CA 93631

Kenneth & Barbara Morrison
12802 Cliffside Dr NW,
Mount Savage, MD 21545

Las Vegas Cay Club
4200 South Valley View Blvd.
Las Vegas, NV 89103

LCS Financial Services Corp.
6560 Greenwood Plaza Blvd.
Englewood, CO 80111

Michael Carleton
4645 N. Millbrook
Fresno, CA 93726

Missouri Gas Energy
PO Box 219255
Kansas City, MO 64121

Nationwide Credit Inc
PO Box 740640
Atlanta, GA 30374-0640

Pacific Care
PO Box 78548
Phoenix, AZ 85062-8548

Pacific Services Credit Union
PO Box 8191
Walnut Creek, CA 94596-8191

Pascuzzi, O'Neill & Moore
2377 W Shaw Avenue #201
Fresno, CA 93711

PG & E
Box 997300
Sacramento, CA 95899-7300

Quality Loan Servicing Corp.
2141 5th Avenue
San Diego, CA 92101

Receivable Management Services
PO Box 280431
East Hartford, CT 06128-0431

Sal Salcedo
4833 N Arthur
Fresno, CA 93705

Saxon Mortgage Services Inc.
PO Box 161489
Ft Worth, TX 76161-1489

Select Portfolio Servicing, Inc
PO Box 65450
Salt Lake City, UT 84165-0450

Southern California Gas Company
PO Box C
Monterey Park, CA 91756

SunTrust FIA Card Services
PO Box 15726
Wilmington, DE 19886-5726

Teneya Canyon Inc.
3225 McLeod #110
Las Vegas, NV 89121

United Collection Bureau
PO Box 140516
Toledo, OH 43614-0516

Union Plus Credit Card (CSEA)
PO Box 60102
City of Industry, CA 91716-0102

Wachovia Dealer Services
PO Box 25341
Santa Ana, CA 92799-5341

Washington Mutual Card Services
PO Box 660487
Dallas, TX 75266-0487

Wells Fargo Business Card
PO Box 54359
Los Angeles, CA 90054-0349

Wells Fargo Business Checking
PO Box 63491
San Francisco, CA 94163

Wells Fargo Business Line
PO Box 54349
Los Angeles, CA 90054-0349

Wells Fargo Personal Checking
PO Box 63491
San Francisco, CA 94163

Western General
5230 Las Virgenes Rd.
Calabasas, CA 91302

Zwicker & Associates, PC
80 Minuteman Rd.
Andover, Massachusetts 01810